Anthony Schroeder, Esq. (SBN 24106407)
GHIDOTTI BERGER, LLP
9720 Coit Road Suite 220-228
Plano, Texas 75025
Ph: (305) 501-2808
Fax: (954) 780-5578
bknotifications@ghidottiberger.com

Attorneys for Secured Creditor,
U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **IN RE:** § | CASE NO.: 19-42984 | |
| § | | |
| Derrick Jerome Alford and Alicia Whitaker Alford, § | CHAPTER 13 | |
| § | | |
| Debtor(s), § | | |
| § | | |

## WITHDRAWAL OF NOTICE OF TERMINATION OF AUTOMATIC STAY AS TO REAL PROPERTY LOCATED AT 7268 CEDRO GRAND, PRAIRIE, TX 75054

COMES NOW U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V ("**Secured Creditor**"), by and through its undersigned counsel, and hereby notifies the Court, and all parties, that the NOTICE OF TERMINATION OF AUTOMATIC STAY AS TO REAL PROPERTY LOCATED AT 7268 Cedro Grand, Prairie, TX 75054 filed on February 8, 2023, as Docket Number 60, has been withdrawn.

Respectfully submitted,

By:    /s/ Anthony Schroeder____
Anthony Schroeder, Esq., (SBN 24106407)
Ghidotti Berger
9720 Coit Road, Suite 220-228
Plano, TX 75025
Telephone: (949) 427-2010
Facsimile: (949) 427-2732
Email: bknotifications@ghidottiberger.com
Attorneys for Secured Creditor

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 20, 2023, a true and correct copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system. I also certify that the foregoing was served on the same day on the below parties by either U.S. Mail or electronically through the CM/ECF system:

**Debtor(s):**
Derrick Jerome Alford
7268 Cedro
Grand Prairie, TX 75054

Alicia Whitaker Alford
7268 Cedro
Grand Prairie, TX 75054


**Counsel for Debtor(s):**
Mark S. Rubin
Rubin & Associates, P.C.
13601 Preston Rd
Suite 500E
Dallas, TX 75240


**Chapter 13 Trustee:**
Carey D. Ebert
P. O. Box 941166
Plano, TX 75094-1166

**US Trustee:**
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702

By:    */s/ Anthony Schroeder*
Anthony Schroeder, Esq., (SBN 24106407)
Ghidotti Berger
9720 Coit Road, Suite 220-228
Plano, TX 75025
Telephone: (949) 427-2010
Facsimile: (949) 427-2732
Email: bknotifications@ghidottiberger.com
Attorneys for Secured Creditor